IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICIA SYLING,

    Plaintiff,

v.                          Case No. 4:17cv196-MW/CAS

TAWANDA THOMAS and
ELIZABETH BOYD,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 34. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss, ECF No. 27, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 10, is **DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)** for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997(e)." The Clerk shall close

the file.

      **SO ORDERED on July 22, 2018.**

                                      **s/Mark E. Walker**  
                                      **United States District Judge**